IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 11-117 (SDW) |
| | : | Mag. No. 06-9452 (ARM) |
| BRIAN NEUMANN, | : | |
| | : | ORDER |
| Defendant. | : | |

AND NOW, this 24th day of February, 2011, upon consideration of the Emergency Motion for Stay of Order to Surrender submitted by Defendant Brian Neumann (Lisa M. Mack, appearing), it is hereby ORDERED that this Motion be and hereby is GRANTED.

It is further ORDERED that a hearing on shall be held on this matter on the following date: March _1_, 2011, at _3_ o'clock. *p.m.* Courtroom 5C, *

Tues.

_____
Susan D. Wigenton, USDJ

* The Government shall submit their position by Monday, February 28, 2011 at 12:00 noon.

SDW