UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 11-117 (SDW) |
| v. : | |
| : | FINAL ORDER GRANTING |
| : | TEMPORARY STAY OF JUDGMENT |
| BRIAN NEUMANN, : | OF CONVICTION AND SETTING |
| Defendant. : | VOLUNTARY SURRENDER DATE |

AND NOW, this 28th day of February, 2011, having considered the Emergency Motion of the defendant, Brian Neumann, for an Order staying the Judgment of Conviction and Sentence entered on February 24, 2011, (Lisa M. Mack, appearing), and the response of the Government to this Motion (Shirley U. Emehelu, appearing); and having held a hearing on this matter, and for good cause shown, it is hereby ORDERED that this Motion be and hereby is GRANTED.

It is further ORDERED that:

1. Mr. Neumann is to surrender to the Bureau of Prisons to serve his sentence by noon on March 18, 2011;

2. Mr. Neumann is to continue to be supervised by Probation until he surrenders to the Bureau of Prisons; and

3. All other conditions of probation remain the same.

Susan D. Wigenton